Exhibit A

| | |
|---|---|
| DISTRICT COURT, COUNTY OF ARAPAHOE, STATE OF COLORADO<br>7325 S. Potomac Street<br>Centennial, CO 80112 | DATE FILED<br>September 16, 2024 12:31 PM<br>FILING ID: 88787B5B50851<br>CASE NUMBER: 2024CV32023 |
| **Plaintiff(s): JULIE BRANDT**<br><br>**v.**<br><br>**Defendant(s): COSTCO WHOLESALE CORPORATION** | **σCOURT USE ONLYσ**<br><br>Case Number:<br><br>Division: |
| *Attorneys for Plaintiff*<br><br>**FLESCH LAW**<br>Kevin Flesch, #27278<br>333 W. Hampden Avenue, Suite 710<br>Englewood, CO 80110-2335<br>Phone: (303) 806-8886<br>Fax: (303) 806-8882<br>Email: kevinflesch@fleschlawfirm.com | |
| **COMPLAINT AND JURY DEMAND** | |

**COMES NOW** the Plaintiff, Julie Brandt (hereafter "Plaintiff") by and through undersigned counsel, Kevin Flesch of Flesch Law, for her complaint against Costco Wholesale Corporation (hereafter "Defendant"), and in support states as follows:

## NATURE OF THE ACTION

1. Plaintiff brings this action for damages pursuant to the Colorado Premises Liability Act and the Defendant's negligent conduct.

## JURISDICTION AND VENUE

2. Plaintiff hereby incorporates by reference all allegations contained in paragraph 1 above as though fully set forth herein.

3. At all times, relevant hereto, Plaintiff was and is a resident of Colorado.

4. Upon information and belief, Defendant is a Washington corporation company conducting business and retail stores in Colorado, principally located at 999 Lake Drive, Issaquah, WA, and service can be had on the Defendant at 7700 E Arapahoe Rd, Ste 220, Centennial, CO 80112.

5. This court has jurisdiction over this action as pursuant to C.R.S. § 13-1-124.

6. This venue is proper under C.R.C.P. 98(c) because the location that service can be affected on the Defendant is in Arapahoe County, Colorado.

## GENERAL ALLEGATIONS

7. Plaintiff hereby incorporates by reference all allegations contained in paragraph 1-6 above as though fully set forth herein.

8. On October 10, 2022, Ms. Brandt was shopping at the #1178 Costco store, located at 4705 Weitzel St., Timnath, CO 80547.

9. While shopping, an employee of Costco (Joe) ran into Ms. Brandt from behind with a flatbed cart loaded with merchandise in boxes.

10. Ms. Brandt was hit in the back of both legs. Ms. Brandt sustained injuries to her lower back, left and right legs and experienced pain from the incident.

11. Plaintiff's injuries were the direct and proximate result of the negligence and carelessness of the Defendant and/or its agents/employees.

12. At all times relevant to Plaintiff's claim, Defendant was in possession of the property, was legally responsible for the activities conducted or circumstances existing on said property and was therefore a "landowner" as defined in C.R.S. § 13-21-115(1).

13. Plaintiff was an "invitee" while at the property while a patron of the store.

14. Plaintiff has incurred substantial medical costs for treatment due to the incident. The Plaintiff continues to suffer serious and ongoing pain from the incident.

15. Plaintiff anticipates needing additional medical care in the future resulting from the fall.

**FIRST CLAIM FOR RELIEF**
**(Negligence Pursuant to Premises Liability)**

16. Plaintiff incorporates herein all allegations contained in paragraphs 1-15 by reference.

17. Defendant, as the landowner or maintainer of the property, was legally responsible for the activities conducted or circumstances existing on the property and the action or inaction of its employees.

18. Defendant had a legal duty to Plaintiff to be aware of the conditions and circumstances that existed on the property and to ensure that the property was safe for guests and tenants.

19. Defendant acted carelessly and negligently when its employee ran into the Plaintiff causing injury.

20. Defendant acted carelessly and negligently by transporting large quantities of goods around the store while patrons where present.

21. Defendant acted carelessly and by stacking, moving, or transporting large amounts of goods that would obstruct employees from being able to see their surroundings or patrons in the store and cause unnecessary danger to those patrons.

22. The circumstances existing on the property were dangerous.

23. Defendant knew or should have known of the dangerous circumstances at the property and that injury was likely to result if left unmaintained, unmanaged, or unchanged.

24. Defendant failed to use reasonable care to protect against the danger circumstances at the property.

25. Defendant's negligence was the direct and proximate cause of Plaintiff's injuries.

26. Plaintiff has sustained continuing physical and emotional injuries and substantial medical costs related to her injuries resulting from the Defendant's actions or inaction.

27. As a direct and proximate result of the negligent and tortuous conduct of the Defendant, Plaintiff suffered injuries and damages, from the accident, as follows:

   a. Cost for medical treatment, past and future.

   b. Mental anguish and duress during and after the accident.

   c. Physical pain and suffering during and after the accident.

   d. Loss of enjoyment of life.

   e. Attorney fees and costs.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff prays the Court as follows:

A. That this Court enter a judgment against the Defendant concerning all claims for relief contained herein, and for the Plaintiff in an amount to be determined at trial.

B. Damages caused by the accident to include, but not limited to, past and future medical costs for treatment, mental anguish and duress during and after the accident, physical pain and suffering during and after the accident, and loss of enjoyment of life.

C. That Plaintiff be awarded costs, expert witness fees, reasonable attorney's fees, pre- and post-judgment interest, and other appropriate and necessary costs of maintaining this action.

D. Any further relief as this Court deems just and proper.

**PLAINTIFF DEMANDS A TRIAL TO A JURY OF SIX (6)
ON ALL ISSUES RAISED IN THE PLEADINGS**

Respectfully submitted this 16th day of September 2024.

**FLESCH LAW**

*This document was e-filed pursuant to C.R.C.P. 121. A duly executed original of this document is on file at Flesch Law and is available upon request.*

*/s/ Kevin C. Flesch*

______________________________

Kevin Flesch, #27278
Attorney for Plaintiff

Plaintiff's Address:

6489 County Road 78
Windsor, CO 80550

Weld County
PROPERTY PORTAL

Property Information (970) 400-3650
Technical Support (970) 400-4357

## Account: R2390803

## October 7, 2024

| Account | Owner Name | Address |
|---|---|---|
| R2390803 | BRANDT MARK A | 6489 COUNTY ROAD 78 WINDSOR, CO 805502513 |
| R2390803 | BRANDT JULIE A | |

---

Copyright © 2024 Weld County, Colorado. All rights reserved.
Privacy Statement & Disclaimer | Accessibility Information